UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV13-08418 JAK (RZx) | Date | November 16, 2015 |
|---|---|---|---|
| Title | CH2O Inc v. Meras Engineering, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Christopher S. Marchese | Craig M. Stainbrook |
| Michael M. Rosen | Jay G. Heybl |

**Proceedings:**     **SUPPLEMENTAL MARKMAN HEARING**

The markman hearing is held. The Court provides counsel with a tentative ruling. Counsel each give a presentation to the Court. The Court takes the Supplemental Markman Hearing UNDER SUBMISSION and will issue a ruling. The copies of the tentative ruling are returned to the Clerk.

The parties report that they participated in mediation over the summer. The parties are open to a further mediation after expert reports are exchanged. The Court directs counsel to confer and file a joint report no later than January 6, 2016, which includes the agreed upon neutral and anticipated date of its conclusion.

**IT IS SO ORDERED.**

|  | 1 | : | 00 |
|---|---|---|---|
| Initials of Preparer | ak | | |