Craig M. Stainbrook, Calif. State Bar #160876
E-mail: craig@stainbrookllp.com
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax

Jaye G. Heybl, Calif. State Bar # 167119
Email: jheybl@koppelpatent.com
KOPPEL PATRICK HEYBL & PHILPOTT
2815 Townsgate Road, Suite 215
Westlake Village, CA 91361
Tel: 805-373-0060
Fax: 805-373-0051

Robert B. Golden (Admitted Pro Hac Vice)
Email: RGolden@LSLLP.com
LACKENBACH SIEGEL LLP
One Chase Road
Lackenbach Siegel Bldg., Penthouse Fl.
Scarsdale, NY 10583
Telephone: 914-723-4300
Facsimile: 914-723-4301

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES

| | |
|---|---|
| $CH_2O$, Inc.<br><br>Plaintiff,<br><br>v.<br><br>MERAS ENGINEERING, INC.; HOUWELING'S NURSERIES OXNARD, INC; HNL HOLDINGS LTD.; HOUWELING UTAH OPERATIONS, INC.; and HOUWELING'S NURSERIES LTD.,<br><br>Defendants. | **CASE NO. CV 13-08418-JAK-GJSx**<br><br>**CONSENT MOTION TO EXTEND PAGE LIMITS FOR THE PARTIES' RESPECTIVE SUMMARY JUDGMENT BRIEFS** |

Subject to the Court's approval, the parties hereby consent and stipulate to this Motion to Extend Page Limits for the Parties' Respective Summary Judgment Briefs and, pursuant to the Court's Standing Order for Civil Cases, 9d, seek to extend the page limits for opening summary judgment briefs from 25 pages to 35 pages; the page limits for opposing summary judgment briefs from 25 pages to 35 pages; and the page limits for reply summary judgment briefs from 10 pages to 15 pages, all based upon the good cause set forth below.

As the Court is aware, this is a case for patent infringement.  Defendants are defending by challenging both the validity of the patent-in-suit and the infringement thereof.  The validity will be challenged based on 35 U.S.C. §§ 102, 103, and 112.  And while Defendants will limit their invalidity briefing to the most persuasive arguments, such discussion will nonetheless entail a review of numerous pieces of prior art.  Similarly, Defendants anticipate a number of arguments with respect to the non-infringement of the patent-in-suit, addressing more than one of the required method claim limitations.

Additionally, the parties have exchanged extensive technical expert reports on issues pertaining to infringement and validity of the asserted patent.  The reports will need to be addressed in the moving and opposing papers.

Accordingly, the parties are in agreement that an enlargement of the standard page limits is justified by the circumstances of the case.

DATED: February 8, 2016                STAINBROOK & STAINBROOK, LLP

                                              /s/ Craig M. Stainbrook
                                       By:_____
                                           Craig M. Stainbrook
                                           Attorneys for Defendants


DATED: February 8, 2016                FISH & RICHARDSON P.C.

                                              /s/ Andrew R. Kopsidas
                                       By: _____
                                           Andrew R. Kopsidas
                                           Attorneys for Plaintiff, CH2O, Inc.

---

-2-
**CONSENT MOTION TO EXTEND PAGE LIMITS FOR THE PARTIES' RESPECTIVE SUMMARY JUDGMENT BRIEFS**
CASE NO. CV 13-08418-JAK-GJSx