Christopher S. Marchese, (SBN 170239), marchese@fr.com
FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (213) 533-4240
Facsimile: (858) 678-5099

Michael M. Rosen (SBN 230964), rosen@fr.com
Joanna M. Fuller (SBN 266406), jfuller@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Andrew R. Kopsidas (admitted *Pro Hac Vice*), kopsidas@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Plaintiff, $CH_2O$, INC.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISON

| | |
|---|---|
| $CH_2O$, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>MERAS ENGINEERING, INC.; HOUWELING'S NURSERIES OXNARD, INC.; HNL HOLDINGS LTD.; HOUWELING UTAH OPERATIONS, INC.; and HOUWELING'S NURSERIES LTD.,<br><br>   Defendants. | Case No. CV-13-8418 JAK (GJSx)<br><br>DECLARATION OF JOANNA M. FULLER IN SUPPORT OF $CH_2O$, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: April 4, 2016<br>Time: 8:30 a.m.<br><br>Hon. John A. Kronstadt |

DECLARATION OF JOANNA M. FULLER ISO $CH_2O$, INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. CV-13-8418 JAK (GJSx)

I, Joanna M. Fuller, hereby declare and state as follows:

1. I am an attorney at the law firm of Fish & Richardson P.C. and counsel for Plaintiff $CH_2O$, Inc. ("CH2O"). I am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration and can and would testify truthfully thereto if called upon to do so.

2. Attached to my declaration as Exhibit 1 is a true and correct copy of Deininger, et al., "Chlorine Dioxide."

3. Attached to my declaration as Exhibit 2 is a true and correct copy of Will, et al., "Irrigation Water Quality for Greenhouse Production."

4. Attached to my declaration as Exhibit 3 is a true and correct copy of Roberts, et al., "Chlorine Dioxide for Wastewater Disinfection: A Feasibility Evaluation."

5. Attached to my declaration as Exhibit 4 is a true and correct copy of Cox, "Water Quality: pH and Alkalinity."

6. Attached to my declaration as Exhibit 5 is a true and correct copy of Flood, "Irrigation Water Quality For BC Greenhouses."

7. Attached to my declaration as Exhibit 6 is a true and correct copy of Bailey, et al., "Alkalinity Control for Irrigation Water Used in Nurseries and Greenhouses."

8. Attached to my declaration as Exhibit 7 is a true and correct copy of Southern Agricultural Insecticides, "20-20-20 Soluble Fertilizer with Minor Elements."

9. Attached to my declaration as Exhibit 8 is a true and correct copy of excerpts from Defendant Meras Engineering Inc.'s Amended and Supplemental Response to $CH_2O$, Inc.'s First Set of Interrogatories, served February 5, 2016 **[FILED UNDER SEAL]**.

10. Attached to my declaration as Exhibit 9 is a true and correct copy of

DECLARATION OF JOANNA M. FULLER ISO $CH_2O$, INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
1   Case No. CV-13-8418 JAK (GJSx)

excerpts from Houweling's Nurseries Oxnard, Inc.'s Responses and Objections to Plaintiff $CH_2O$'s First Set of Interrogatories, served December 14, 2015.

11. Attached to my declaration as Exhibit 10 is a true and correct copy of excerpts from the Expert Invalidity Report by Bernard Bubnis, Ph.D., dated January 25, 2016 **[FILED UNDER SEAL]**.

12. Attached to my declaration as Exhibit 11 is a true and correct copy of Invalidity Contentions of Defendant Houweling's Nurseries Oxnard, Inc., HNL Holdings Ltd., Houweling Utah Operations, Inc., and Houweling's Nurseries Ltd., under S.P.R. 4.2 [Amended], dated February 10, 2016.

13. Attached to my declaration as Exhibit 12 is a true and correct copy of Defendant Meras Eng'g Inc.'s Amended and Final Invalidity Contentions, dated January 5, 2016.

14. Attached to my declaration as Exhibit 13 is a true and correct copy of U.S. Patent No. 6,767,470.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2016, in San Diego, California.

*/s/ Joanna M. Fuller*
Joanna M. Fuller

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 1, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

<u>/s/ Joanna M. Fuller</u>
Joanna M. Fuller
jfuller@fr.com

DECLARATION OF JOANNA M. FULLER ISO CH$_2$O, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
3    Case No. CV-13-8418 JAK (GJSx)