# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | LA CV13-08418 JAK (GJSx) | Date | June 2, 2016 |
| Title: | CH2O, Inc. v. Meras Engineering, Inc. | | |

Present: The Honorable   John A. Kronstadt

| | |
|---|---|
| Andrea Keifer | Alex Joko (AM) / Miriam Baird (PM) |
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Christopher S. Marchese; Michael M. Rosen; Andrew R. Kopsidas; Joanna M. Fuller | Craig M. Stainbrook; Robert B. Golden |

_____ Day Court Trial          1st          Day Jury Trial

One day trial:    Begun (1st day);    X    Held & Continued;    _____ Completed by jury verdict

X   The Jury is impaneled and sworn.

X   Opening statements made by       Plaintiff and Defendants

___   Witnesses called, sworn and       ___ Exhibits Identified       ___ Exhibits admitted.

___   Plaintiff(s) rest.       ___ Defendant(s) rest.

___   Closing arguments made by       ___ plaintiff(s)       ___ defendant(s).    X   Court pre-instructs jury.

___   Bailiff(s) sworn.       ___ Jury retires to deliberate.       ___ Jury resumes

___   Jury Verdict in favor of       ___ plaintiff(s)       ___ defendant(s) is read and filed.

___   Jury polled.       ___ Polling waived.

___   Filed Witness & Exhibit Lists       ___ Filed jury notes.       ___ Filed jury instructions.

___   Judgment by Court       ___ plaintiff(s)       ___ defendant(s).

___   Findings, Conclusions of Law & Judgment to be prepared       ___ plaintiff(s)       ___ defendant(s).

___   Case submitted.       ___ Briefs to be filed

___   Motion to dismiss by _____ is    ___ granted.    ___ denied.    ___ submitted.

___   Motion for mistrial _____ is    ___ granted.    ___ denied.    ___ submitted.

___   Motion for Judgment/Directed Verdict _____ is    ___ granted.    ___ denied.    ___ submitted.

___   Settlement reached and placed on the record.

___   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___   Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___   Trial subpoenaed documents returned to subpoenaing party.

X   Case continued    June 3, 2016 at 8:30 a.m.    for further trial/further jury deliberation.

X   Other:   The Court grants the Joint Stipulation to Waive Signature Requirements for Deposition Transcripts (Dkt. 358) and Plaintiff's Ex Parte Application to Allow a Printer in Counsel Room (Dkt. 356).

The Court confers with counsel regarding:

1. Indemnity Agreement. The Court states its views that it is not permitting the admission of this agreement.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

2. Disputed Exhibits. The Court states its views regarding the admission of exhibits 130, 190, 254, 513, 518, 519, 549, 551-555, 556.

3. Video. The Court will permit the parties to present to the jury the Federal Judicial Center video regarding patents.

4. Jury Instructions. The Court states its views with respect to the disputed jury instructions. Counsel shall finalize the instructions.

**IT IS SO ORDERED.**

|  | 7 | : | 05 |
|---|---|---|---|
| Initials of Deputy Clerk | ak | | |

cc: