FILED
CLERK, U.S. DIST. COURT
SEP -6 2016
CENTRAL DISTRICT OF CALIFOR
BY _____ D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| $CH_2O$, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERAS ENGINEERING, INC.; HOUWELING'S NURSERIES OXNARD, INC.; HNL HOLDINGS LTD.; HOUWELING UTAH OPERATIONS, INC.; and HOUWELING'S NURSERIES LTD., <br><br> Defendants. | Case No. CV-13-8418 JAK (GJSx) <br><br> **VERDICT** <br><br> Hon. John A. Kronstadt |

# VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

## FINDINGS ON INFRINGEMENT

**A.  Direct and Literal Infringement**

1. Did $CH_2O$ prove, by a preponderance of the evidence, that defendants Meras Engineering, Inc., Houweling's Nurseries Oxnard, Inc.; HNL Holdings Ltd.; Houweling Utah Operations, Inc.; and/or Houweling's Nurseries Ltd. (collectively "defendants") directly and literally infringed claims 1, 2, and/or 7 of U.S. Patent No. 6,767,470 ("the '470 patent")?

"YES" is a finding for $CH_2O$ (plaintiff)

"NO" is a finding for Meras and the Houweling's entities (defendants)

| | | |
|---|---|---|
| Independent Claim 1: | Yes _X_ | No ___ |
| Dependent Claim 2: | Yes _X_ | No ___ |
| Dependent Claim 7: | Yes _X_ | No ___ |

VERDICT
1  Case No. CV-13-8418 JAK (GJSx)

B. **Induced Infringement**

2. Did $CH_2O$ prove, by a preponderance of the evidence, that Meras has induced Houweling's to infringe claims 1, 2, and/or 7 of the '470 patent?

"YES" is a finding for $CH_2O$ (plaintiff)

"NO" is a finding for Meras (defendant)

| | | |
|---|---|---|
| Independent Claim 1: | Yes  X | No ___ |
| Dependent Claim 2: | Yes  X | No ___ |
| Dependent Claim 7: | Yes  X | No ___ |

C. **Willful Infringement**

3. Did $CH_2O$ prove, by a preponderance of the evidence, that the defendants' infringement was willful?

Yes  X        No ___

"YES" is a finding for $CH_2O$ (plaintiff)

"NO" is a finding for Meras and the Houweling's entities (defendants)

# FINDINGS ON INVALIDITY DEFENSES

(The questions regarding invalidity should be answered regardless of your findings with respect to infringement.)

**D.  Enablement**

4. Have Defendants proven, by clear and convincing evidence, that the specification of the '470 Patent does not contain a description of the claimed invention that is sufficiently full and clear to enable persons of ordinary skill in the field to make and use the invention?

Yes _____   No __X__

Note the following change:

"NO" is a finding for $CH_2O$ (plaintiff)

"YES" is a finding for Meras and the Houweling's entities (defendants)

**E.  Written Description Requirement**

5. Have Defendants proven, by clear and convincing evidence, that the specification of the '470 Patent does not contain an adequate written description of the claimed invention?

Yes _____   No __X__

Note the following change:

"NO" is a finding for $CH_2O$ (plaintiff)

"YES" is a finding for Meras and the Houweling's entities (defendants)

**FINDINGS ON DAMAGES**

If you find that at least one of claims 1, 2, or 7 is infringed by Meras and/or Houweling's (answered "yes" to any part of questions 1 or 2), and if you also find that any such infringed claim is also valid (answered "no" to questions 4 and 5), then proceed to answer the remaining question.

6. What amount of damages do you award to $CH_2O$ for the infringement by defendants?

$ __$12.5 million__

($12,500,000.00)

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the court personnel that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: __Sept. 6th__, 2016        By: █████████

VERDICT
4    Case No. CV-13-8418 JAK (GJSx)