# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CH2O Inc., <br><br> PLAINTIFF(S) <br> v. <br><br> Meras Engineering Inc., <br><br> DEFENDANT(S) | **CASE NUMBER** <br> 2:13-cv-08418 JAK (GJSx) <br><br> **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: TRANSCRIPT for proceedings held on... and NOTICE OF FILING TRANSCRIPT...

Filed date: September 6, 2016      Document Number(s): 404, 405, 407, 408, 409, 410, 411, 412 and 413

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Jury Trial Reporter's Transcripts filed in the incorrect case number.


CLERK, U.S. DISTRICT COURT

Date: September 8, 2016        By: Miriam Baird
                                   Deputy Clerk

G-11 (06/14)                    NOTICE OF CLERICAL ERROR