| | |
|---|---|
| Christopher S. Marchese (SBN 170239), marchese@fr.com<br>FISH & RICHARDSON P.C.<br>555 West Fifth Street, 31st Floor<br>Los Angeles, CA 90013<br>Telephone: (213) 533-4240<br><br>Michael M. Rosen (SBN 230964), rosen@fr.com<br>Joanna Fuller (SBN 266406), jfuller@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br><br>Andrew R. Kopsidas (admitted *Pro Hac Vice*), kopsidas@fr.com<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W., 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 783-5070<br><br>Attorneys for Plaintiff, CH₂O, INC. | Paul A. Stewart (SBN 153467), paul.stewart@knobbe.com<br>Michael K. Friedland (SBN 157217) michael.friedland@knobbe.com<br>Lauren Keller Katzenellenbogen (SBN 223370), lauren.keller@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Telephone: (949) 760-0404<br><br>Attorneys for Defendant, Meras Engineering, Inc.<br><br>Kristine E. Johnson (admitted *Pro Hac Vice*) kjohnson@parsonsbehle.com<br>C. Kevin Speirs (admitted *Pro Hac Vice*) kspeirs@parsonsbehle.com<br>PARSONS BEHLE & LATIMER<br>201 S Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-1234<br><br>Attorneys for Defendants, Houweling's Nurseries Oxnard, Inc.; HNL Holdings, Ltd.; Houweling Utah Operations, Inc.; Houweling's Nurseries Ltd. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CH₂O, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERAS ENGINEERING, INC.; HOUWELING'S NURSERIES OXNARD, INC.; HNL HOLDINGS LTD.; HOUWELING UTAH OPERATIONS, INC.; and HOUWELING'S NURSERIES LTD.,<br><br>　　　　Defendants. | Case No. CV-13-8418 JAK (GJSx)<br><br>**JOINT REPORT RE JUDGMENT (PER ORDER D434)**<br><br><br>Hon. John A. Kronstadt |

On September 22, 2016, the Court stated that "counsel for all parties shall meet and confer, and by October 3, 2016, file a Joint Report stating their collective or respective views as to the following: (i) what, if any issues, have not been decided that would affect the terms of a final judgment in this action; and (ii) as to each such issue(s), a proposed procedure for the resolution of such issue(s) by the Court, including any proposed briefing schedule(s)." (D.I. 434.) Accordingly, the parties file this Joint Report.

**(i)     What, if any issues, have not been decided that would affect the terms of a final judgment in this action**

The parties have met and conferred and agree that the following issues have not been decided that would affect the terms of a final judgment in this action:

$CH_2O$:

- Injunctive relief
- Enhanced damages
- Attorney fees

Defendants:

- Motions under Rules 50(b) and 59

**(ii)    As to each such issue(s), a proposed procedure for the resolution of such issue(s) by the Court, including any proposed briefing schedule(s)**

The parties have met and conferred and agree as to the timing of the entry of judgment and the briefing schedule for post-trial motions.

### A. Timing of the Entry of Judgment

The parties agree that judgment be entered by October 12, 2016 (28 days before the below deadline of November 9 for opening briefs). This follows the approach reflected in the Federal Rules of Civil Procedure that state, for example, that Rule 50(b) and Rule 59 motions are due "[n]o later than 28 days after the entry of judgment." Fed. R. Civ. P. 50(b).

The parties also agree to stay execution of the judgment pending resolution of post-trial motions.

### B. Briefing Schedule for Post-Trial Motions

The parties agree that the they will simultaneously brief the above issues according to the following schedule:

- November 9 (Wed.): Opening briefs due for all motions
- December 1 (Thurs.): Answering briefs due for all motions
- December 15 (Thurs.): Reply briefs due for all motions

| | | |
|---|---|---|
| 1 | Dated: October 3, 2016 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Christopher S. Marchese* |
| | | Christopher S. Marchese |
| 4 | | marchese@fr.com |
| | | Attorneys for Plaintiff, CH$_2$O, INC. |
| 5 | | |
| 6 | | |
| 7 | Dated: October 3, 2016 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 8 | | |
| 9 | | By: */s/ Paul A. Stewart* |
| | | Paul A. Stewart |
| 10 | | paul.stewart@knobbe.com |
| 11 | | Attorneys for Defendant, Meras Engineering, Inc. |
| 12 | | |
| 13 | Dated: October 3, 2016 | PARSONS BEHLE & LATIMER |
| 14 | | |
| 15 | | By: */s/ Kristine E. Johnson* |
| | | Kristine E. Johnson |
| 16 | | kjohnson@parsonbehle.com |
| 17 | | Attorneys for Defendants, Houweling's Nurseries Oxnard, Inc.; HNL Holdings, Ltd.; Houweling Utah Operations, Inc.; Houweling's Nurseries Ltd. |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 3, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail and regular mail.

/s/ *Christopher S. Marchese*
Christopher S. Marchese
marchese@fr.com