1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISON

| | |
|---|---|
| $CH_2O$, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>MERAS ENGINEERING, INC.; HOUWELING'S NURSERIES OXNARD, INC.; HNL HOLDINGS LTD.; HOUWELING UTAH OPERATIONS, INC.; and HOUWELING'S NURSERIES LTD.,<br><br>           Defendants. | Case No. CV13-08418 JAK (GJSx)<br><br>**JUDGMENT**<br><br><br>Hon. John A. Kronstadt |

This action came before the Court for trial by jury beginning June 2, 2016, before a duly impaneled and sworn jury. The parties to the action are plaintiff $CH_2O$, Inc. ("$CH_2O$") and defendants Meras Engineering, Inc. ("Meras"), Houweling's Nurseries Oxnard, Inc., HNL Holdings Ltd., Houweling Utah Operations, Inc., and Houweling's Nurseries Ltd. (all five defendants are referred to collectively as "Defendants"). The issues have been tried, and the jury rendered a verdict on September 6, 2016. The verdict was accepted by the Court and filed by the Clerk.

Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT is hereby entered in this matter as follows:

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of $CH_2O$ and against Defendants with respect to direct and literal infringement of claims 1, 2 and 7 of U.S. Patent No. 6,767,470 ("the '470 patent").

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of $CH_2O$ and against Meras with respect to indirect infringement by inducement of claims 1, 2 and 7 of the '470 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of $CH_2O$ and against Defendants with respect to willful infringement of claims 1, 2 and 7 of the '470 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of $CH_2O$ and against Defendants that Defendants did not prove invalidity of claims 1, 2 and 7 of the '470 patent based upon lack of enablement and failure to satisfy the written description requirement.

1  IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is
2  hereby entered in favor of $CH_2O$ and against Defendants in the amount of
3  $12,500,000 for Defendants' infringement of claims 1, 2 and 7 of the '470 patent,
4  subject to interests, fees, and costs that may subsequently be awarded.

5
6  **IT IS SO ORDERED.**

7
8
9  Dated: October 12, 2016
10
11
12  _____
13  Hon. John A. Kronstadt
   UNITED STATES DISTRICT COURT JUDGE