| | |
|---|---|
| Christopher S. Marchese (SBN 170239) marchese@fr.com<br>FISH & RICHARDSON P.C.<br>555 West Fifth Street, 31st Floor<br>Los Angeles, CA 90013<br>Telephone: (213) 533-4240<br><br>Joanna M. Fuller (SBN 266406)<br>jfuller@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br><br>Andrew R. Kopsidas (*pro hac vice*)<br>kopsidas@fr.com<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W., 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 783-5070<br><br>Michael M. Rosen (SBN 230964)<br>michael@rosentechlaw.com<br>ROSEN TECHNOLOGY LAW P.C.<br>984 Oxford St.<br>Berkeley, CA 94707<br>Telephone: (858) 692-1906<br><br>Attorneys for Plaintiff, CH$_2$O, INC. | Paul A. Stewart (SBN 153467)<br>paul.stewart@knobbe.com<br>Michael K. Friedland (SBN 157217)<br>michael.friedland@knobbe.com<br>Lauren Keller Katzenellenbogen (SBN 223370) lauren.keller@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Telephone: (949) 760-0404<br><br>Attorneys for Defendant, Meras Engineering, Inc.<br><br>Kristine E. Johnson (*pro hac vice pending*)<br>kjohnson@parsonsbehle.com<br>C. Kevin Speirs (*pro hac vice pending*)<br>kspeirs@parsonsbehle.com<br>PARSONS BEHLE & LATIMER<br>201 S Main Street, Suite 1800<br>Salt Lake City, UT 84111<br>Telephone: (801) 532-1234<br><br>Attorneys for Defendants, Houweling's Nurseries Oxnard, Inc.; HNL Holdings, Ltd.; Houweling Utah Operations, Inc.; Houweling's Nurseries Ltd. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CH$_2$O, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>MERAS ENGINEERING, INC.; HOUWELING'S NURSERIES OXNARD, INC.; HNL HOLDINGS LTD.; HOUWELING UTAH OPERATIONS, INC.; and HOUWELING'S NURSERIES LTD.,<br><br>          Defendants. | Case No. CV-13-8418 JAK (GJSx)<br><br>**JOINT STIPULATION REGARDING PROPOSED POST-TRIAL BRIEFING SCHEDULE**<br><br><br>Hon. John A. Kronstadt |

JOINT STIPULATION RE PROPOSED POST-TRIAL BRIEFING SCHEDULE
Case No. CV-13-8418 JAK (GJSx)

On September 22, 2016, the Court stated that "counsel for all parties shall meet and confer, and by October 3, 2016, file a Joint Report" which was to "include[] any proposed briefing schedule(s)." (D.I. 434.)  Accordingly, on October 3, the parties filed a Joint Report reflecting an agreed post-trial briefing schedule.  (*See* D.I. 438.)

On October 12, 2016, the Court entered Judgment in this matter.  (D.I. 449.)

The parties now jointly propose that the following post-trial briefing schedule be ordered.  This proposed schedule matches the proposed schedule presented in the previously-filed Joint Report.

| Event | Deadline |
|---|---|
| Opening briefs on all issues due | November 9 |
| Answering briefs due | December 1 |
| Reply briefs due | December 15 |

**IT IS SO STIPULATED.**

JOINT STIPULATION RE PROPOSED POST-TRIAL BRIEFING SCHEDULE
1    Case No. CV-13-8418 JAK (GJSx)

| | | |
|---|---|---|
| 1 | Dated: October 14, 2016 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Christopher S. Marchese* |
| | | Christopher S. Marchese |
| 4 | | marchese@fr.com |
| | | Attorneys for Plaintiff, CH$_2$O, INC. |
| 5 | | |
| 6 | | |
| 7 | Dated: October 14, 2016 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 8 | | |
| 9 | | By: */s/ Paul A. Stewart* |
| 10 | | Paul A. Stewart |
| | | paul.stewart@knobbe.com |
| 11 | | Attorneys for Defendant, Meras Engineering, Inc. |
| 12 | | |
| 13 | Dated: October 14, 2016 | PARSONS BEHLE & LATIMER |
| 14 | | |
| 15 | | By: */s/ Kristine E. Johnson* |
| | | Kristine E. Johnson |
| 16 | | kjohnson@parsonbehle.com |
| 17 | | Attorneys for Defendants, Houweling's Nurseries Oxnard, Inc.; HNL Holdings, Ltd.; Houweling Utah Operations, Inc.; Houweling's Nurseries Ltd. |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 14, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

*/s/ Christopher S. Marchese*
Christopher S. Marchese
marchese@fr.com