Christopher S. Marchese, (SBN 170239), marchese@fr.com
FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (213) 533-4240
Facsimile: (858) 678-5099

Joanna M. Fuller (SBN 266406), jfuller@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Andrew R. Kopsidas (admitted *Pro Hac Vice*), kopsidas@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Michael M. Rosen (SBN 230964), michael@rosentechlaw.com
ROSEN TECHNOLOGY LAW P.C.
984 Oxford St.
Berkeley, CA 94707
Telephone: (858) 692-1906

Attorneys for Plaintiff, $CH_2O$, INC.,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISON

| | |
|---|---|
| $CH_2O$, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERAS ENGINEERING, INC.; MERAS ENGINEERING, INC.; HOUWELING'S NURSERIES OXNARD, INC.; HNL HOLDINGS LTD.; HOUWELING UTAH OPERATIONS, INC.; and HOUWELING'S NURSERIES LTD., <br><br> Defendants. | Case No. CV-13-8418 JAK (GJSx) <br><br> **DECLARATION OF JOANNA M. FULLER IN SUPPORT OF $CH_2O$, INC.'S MOTION FOR ENHANCED DAMAGES** <br><br> Hon. John A. Kronstadt |

DECL. OF FULLER ISO $CH_2O$'s MOTION FOR ENHANCED DAMAGES
Case No. CV-13-8418 JAK (GJSx)

I, Joanna M. Fuller, hereby declare and state as follows:

1. I am an associate at the law firm of Fish & Richardson P.C. and counsel for Plaintiff CH$_2$O, Inc. ("CH$_2$O"). I am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration and can and would testify truthfully thereto if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the consolidated trial transcript (*see, e.g.*, D.I. 469-1).

3. Attached hereto as Exhibit B is a true and correct copy of Trial Exh. 1, U.S. Patent No. 6,767,470

4. Attached hereto as Exhibit C is a true and correct copy of Trial Exh. 249, Ltr and attachment to Casey Houweling fr Tony McNamara re attorney letter, dated 3/7/2013.

5. Attached hereto as Exhibit D is a true and correct copy of Trial Exh. 217, Ltr to Casey Houweling fr Andrew Kopsidas, cc: Carl Iverson re draft complaint, dated 7/26/2013.

6. Attached hereto as Exhibit E is a true and correct copy of Trial Exh. 252, Ltr and attachments to Chris Binfield fr Andrew Kopsidas, cc: Carl Iverson fwd draft complaint, dated 8/1/2013.

7. Attached hereto as Exhibit F is a true and correct copy of an excerpt from Trial Exh. 289, Carl Iverson Demonstratives.

8. Attached hereto as Exhibit G is a true and correct copy of excerpt from Trial Exh. 209, Attachment C-9 to Report of DeForest McDuff, Ph.D.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2016 in San Diego, California.

/s/ Joanna M. Fuller
Joanna M. Fuller

DECL. OF FULLER ISO CH$_2$O's MOTION FOR ENHANCED DAMAGES
1    Case No. CV-13-8418 JAK (GJSx)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 9, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

/s/ Joanna M. Fuller
Joanna M. Fuller
jfuller@fr.com

DECL. OF FULLER ISO $CH_2O$'s MOTION FOR ENHANCED DAMAGES
2      Case No. CV-13-8418 JAK (GJSx)