UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV13-08418 JAK (RZx) | Date | March 6, 2017 |
|---|---|---|---|
| Title | CH2O Inc v. Meras Engineering, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Christopher S. Marchese | Michael K. Friedland |
| Andrew R. Kopsidas | Paul A. Stewart |
| Joanna M. Fuller | C. Kevin Speirs |
| Oliver J. Richards | Kristine E. Johnson |

**Proceedings:**     **DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW (DKT. 471)**

**DEFENDANTS' MOTION FOR A NEW TRIAL ON DAMAGES OR REMITTITUR (DKT. 473)**

**DEFENDANTS' MOTION FOR A NEW TRIAL ON INFRINGEMENT (DKT. 475)**

**DEFENDANTS' MOTION TO AMEND THE JUDGMENT AND RELIEVE HNL HOLDINGS, LTD. AND HOUWELING'S NURSERIES, LTD. FROM LIABILITY (DKT. 478)**

**PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION (DKT. 481)**

**PLAINTIFF'S MOTION FOR ENHANCED DAMAGES (DKT. 482)**

**PLAINTIFF'S MOTION FOR PREJUDGMENT INTEREST AND SUPPLEMENTAL DAMAGES (DKT. 480)**

**PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW IN PLAINTIFF'S FAVOR ON DEFENDANTS' DEFENSES OF PATENT INVALIDITY DUE TO ANTICIPATION AND OBVIOUSNESS (DKT. 470)**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-08418 JAK (RZx) | Date | March 6, 2017 |
| Title | CH2O Inc v. Meras Engineering, Inc. | | |

The motion hearing is held. The Court states its tentative views as to Defendants' motions and is inclined to: (i) deny the Motion for Judgment as a Matter of Law; (ii) deny the Motion for a New Trial on Infringement; (iii) grant in part the Motion to Amend the Judgment and Relieve HNL Holdings, Ltd. and Houweling's Nurseries, Ltd. from Liability; and (iv) defer ruling on the motion for a New Trial on Damages or Remittitur until additional argument is presented.

The Court states its tentative views as to Plaintiff's motions and is inclined to: (v) deny the Motion for Enhanced Damages; (vi) grant in part the Motion for Permanent Injunction; (vii) grant the Motion for Judgment as a Matter of Law in Plaintiff's Favor on Defendants' Defenses of Patent Invalidity Due to Anticipation and Obviousness; and (viii) defer ruling on the Motion for Prejudgment Interest and Supplemental Damages until additional argument is presented.

Counsel present oral argument. The foregoing Motions are taken UNDER SUBMISSION and a ruling will be issued.

Counsel report that they have participated in direct settlement discussions. Counsel agree that a further mediation session with a private neutral would be beneficial. Accordingly, the Court directs counsel to confer and file a joint report by March 8, 2017, which shall include whether: (i) all parties agree to a further mediation session; (ii) the name of the agreed upon private neutral or three nominees from each party to include a resume and hourly rate; and (iii) whether a ruling on all or some of the motions would be beneficial before or after the mediation.

**IT IS SO ORDERED.**

| | | 2 | : | 48 |
|---|---|---|---|---|
| | Initials of Preparer | ak | | |