

```
FILED
CLERK, U.S. DISTRICT COURT

4/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| $CH_2O$, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>HOUWELING'S NURSERIES OXNARD, INC.; and HOUWELING UTAH OPERATIONS, INC.,<br><br>   Defendants. | Case No. CV13-8418 JAK (GJSx)<br><br>**Second Amended Judgment**<br>**(Dkt. 597)** |

  This Court hereby AMENDS its June 27, 2017, Amended Judgment as follows:

  This action came before the Court for trial by jury beginning June 2, 2016, before a duly impaneled and sworn jury. The parties to the action were plaintiff CH2O, Inc. ("CH2O") and defendants Meras Engineering, Inc. ("Meras"), Houweling's Nurseries Oxnard, Inc. and Houweling Utah Operations, Inc. (collectively, the "Houweling's Defendants"). The issues have been tried, and the jury rendered a verdict on September 6, 2016. The verdict was accepted by the Court and filed by the Clerk.

  CH2O and Meras reached a settlement post-verdict and filed a Joint Stipulation to Dismiss Meras on June 23, 2017.

Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure,

JUDGMENT is hereby entered in this matter as follows:

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of CH2O and against the Houweling's Defendants with respect to direct and literal infringement of claims 1, 2 and 7 of U.S. Patent No. 6,767,470 ("the '470 patent").

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of CH2O and against the Houweling's Defendants with respect to willful infringement of claims 1, 2 and 7 of the '470 patent.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of CH2O and against the Houweling's Defendants that the Houweling's Defendants did not prove invalidity of claims 1, 2 and 7 of the '470 patent based upon lack of enablement and failure to satisfy the written description requirement.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of CH2O and against the Houweling's Defendants for the Houweling's Defendants' infringement of claims 1, 2 and 7 of the '470 patent, in the following amount:

| | |
|---|---|
| Damages for infringement: | $2,500,000 |
| Supplemental damages: | $176,651 |
| Prejudgment interest, calculated through April 24, 2020: | $626,351 |
| **TOTAL JUDGMENT:** | **$3,303,002** |

**IT IS SO ORDERED.**

Dated: April 27, 2020

_____
John A. Kronstadt
United States District Judge